In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-01-208 CR


____________________



CHARLES MATTHEW FARMER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law


Orange County, Texas


Trial Cause No. 74241






MEMORANDUM OPINION


 Charles Matthew Farmer pleaded guilty to Class A misdemeanor driving while
intoxicated, second offense. See Tex. Pen. Code Ann. §§ 49.04(a); 49.09(a) (Vernon
Supp. 2002). The judge sentenced Farmer to 310 days of confinement in the Orange
County Jail. Farmer filed notice of appeal. 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),
and High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On January 10, 2002, we
granted an extension of time in which Farmer could file a pro se brief. We received no
response from the appellant. Because the appeal involves the application of well-settled
principles of law, we deliver this memorandum opinion. See Tex. R. App. P. 47.1.

 Farmer received written admonishments regarding the consequences of his plea. 
See Tex. Code Crim. Proc. Ann. § 26.13 (Vernon 1989 & Supp. 2002). He signed a
judicial confession, and does not contest the voluntariness of his plea. 

 Our review of the clerk's record and the reporter's record revealed no arguable
error requiring us to order appointment of new counsel. Stafford v. State, 813 S.W.2d
503, 511 (Tex. Crim. App. 1991). Accordingly, we affirm the judgment of the trial court. 

 AFFIRMED.

 PER CURIAM

Submitted on April 26, 2002

Opinion Delivered May 1, 2002 

Do Not Publish


Before Walker, C.J., Burgess and Gaultney, JJ.